# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142102(52)

TOM NOBLE,
　　　　　Plaintiff-Appellant,

v

OFFICE OF THE RACING COMMISSIONER,
　　　　　Defendant-Appellee.
_____/

SC: 142102
COA: 292080
Ingham CC: 08-000703-AA

　　　　On order of the Court, the motion for reconsideration of this Court's May 20, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

　　　　MARILYN KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

d1017